*In re* COMITÉ ASESOR PERMANENTE DE REGLAS DE PROCEDIMIENTO CRIMINAL.

*Número:* EN-2005-08  *Resuelto:* 26 de octubre de 2005

## RESOLUCIÓN

El 8 de octubre de 2005 este Tribunal emitió la Resolución Núm. EC-2005-2, mediante la cual reactivó el Comité Asesor Permanente de Reglas de Procedimiento Criminal, adscrito al Secretariado de la Conferencia Judicial, con la encomienda de evaluar las Reglas de Procedimiento Crimi-

nal a la luz de la Ley de la Judicatura del Estado Libre Asociado de Puerto Rico de 2003, Ley Núm. 201 de 22 de agosto de 2003, según enmendada, 4 L.P.R.A. sec. 24 *et seq.*

Con el propósito de ampliar la composición de dicho comité, se designa al Hon. Hiram Sánchez Martínez como miembro.

*Esta designación tendrá efectividad inmediata. Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*